# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JACOB IVAN SCHMITT,

    Petitioner,

v.

MIKE OBENLAND,

    Respondent.

CASE NO. 3:18-cv-05602-BHS-JRC

ORDER GRANTING STAY

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. The petition is filed pursuant to 28 U.S.C. § 2254.

Petitioner Jacob Ivan Schmitt filed this petition in July of 2018. Dkt. 1. After the Court directed service of the petition, Dkt. 7, respondent filed a motion to stay the petition, Dkt. 10. He argues that petitioner has filed a mixed petition, containing both exhausted and unexhausted grounds, and that petitioner is currently exhausting his state court remedies as to his unexhausted

grounds. *Id*. Therefore, respondent asks the Court to stay petitioner's habeas proceeding until he is able to exhaust his unexhausted grounds. *Id*. Petitioner did not file an objections to a stay of the habeas proceedings. *See* Dkt.

The Court has the authority to stay consideration of a habeas petition to allow a petitioner to exhaust his remedies in state court before returning to federal court. *See Rhines v. Weber*, 544 U.S. 269, 274-79 (2005). Here, respondent has stated that petitioner is still in the process of exhausting his state court remedies, and petitioner did not oppose a stay. Therefore, it is

ORDERED:

1) This case is stayed until March 1, 2019. Respondent is directed to file a report advising the Court of the status of petitioner's state court relief and, if necessary, file a motion to extend the stay on or before February 15, 2019 – fourteen days before the stay ends.

2) Should the state court terminate review of petitioner's state court filing, either petitioner or respondent will inform the Court and file a motion to lift the stay within 30 days of the state court's decision.

3) The Clerk is directed to note the February 15, 2019 deadline on the docket for this case.

Dated this 30th day of October, 2018.

J. Richard Creatura
United States Magistrate Judge