UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB IVAN SCHMITT,

        Petitioner,

v.

MIKE OBENLAND,

        Respondent.

CASE NO. 3:18-cv-05602-BHS-JRC

ORDER GRANTING MOTION TO CONTINUE STAY

    The District Court has referred this petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 to United States Magistrate Judge J. Richard Creatura. *See* Dkt. 3. The authority for the referral is 28 U.S.C. §§ 636(b)(1)(A) and (B) and local Magistrate Judge Rules 3 and 4.

    Petitioner filed this petition in July 2018. *See* Dkt. 1. This Court subsequently granted multiple motions to stay this matter on the basis that petitioner is exhausting his state court remedies. *See* Dkts. 16, 18. In the most recent status report, respondent again requests a stay as petitioner's state court matter will be pending for the foreseeable future. *See* Dkt. 19, at 1. Petitioner has filed no objection. *See* Dkt.

1 | This Court may stay consideration of a habeas petition to allow a petitioner to exhaust his
2 | remedies in state court before returning to federal court. *See Rhines v. Weber*, 544 U.S. 69, 274–
3 | 79 (2005). Because petitioner is still exhausting his state court remedies, the undersigned finds
4 | good cause to grant respondent's request. Therefore, it is ORDERED,

5 | (1) Respondent's motion to continue the stay (Dkt. 19) is granted, and the stay in this
6 | matter is extended to **December 8, 2020**. Respondent shall file a report advising the Court of the
7 | status of petitioner's state court relief and, if necessary, a motion to extend the stay on or before
8 | **November 24, 2020.**

9 | (2) Should the state court terminate review of petitioner's state court filing, either
10 | petitioner or respondent shall inform the Court and request that the stay be lifted within 30 days
11 | of the state court's decision.

12 | (3) The Clerk shall note the deadlines set by this Order on the docket for this matter.

13 | Dated this 9th day of June, 2020.

J. Richard Creatura
United States Magistrate Judge